IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                                              PLAINTIFF

     v.                              Civil No. 10-3022

BAXTER COUNTY, ARKANSAS;
SHERIFF JOHN MONTGOMERY;
CHIEF DEPUTY JEFF LEWIS;
LIEUTENANT RANDALL WEAVER;
SARGENT EDWARD ELLIOTT;
CORPORAL LINDA HENRYK;
DR. JOSEPH TULLIS; DEPUTY WILTON
"CHIP" NORRIS; JAILER HELEN FENWICK;
JAILER TONY BURCH; JAILER WILLIAM
ALTRAZAN; JAILER HEATHER EASTER;
JAILER GARNETT McMAHON; JAILER
SHERRY LEWIS; JAILER PATRICK GAULT;
JAILER JAMES TUDOR; JAILER SONYA OLNAY;
and JOHN DOE DEPUTY SHERIFF OF BAXTER,
COUNTY, ARKANSAS                                                    DEFENDANTS

**<u>ORDER</u>**

     On April 12th, the court directed service on the defendants (Doc. 2). On April 21st, the United States Marshal Service (USMS) filed an unexecuted return of summons (Doc. 3) as to defendant Tony Burch. When the USMS attempted to serve Tony Burch at the Baxter County Detention Center, they were informed no person by that name was ever employed by Baxter County.

     Plaintiff is directed to provide the court with the correct name of this defendant. If she does not know his correct name, plaintiff should provide the court with all information she has regarding him including the shift he worked, the days he worked, whether there were specific

-1-

incidents involving him for which she knows the date and time, any nickname he had, etc. Plaintiff should provide this information by **May 24, 2010.**

      IT IS SO ORDERED this 3rd day of May 2010.


                                /s/ *J. Marschewski*
                              HON. JAMES R. MARSCHEWSKI
                              CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)