```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

TAMMY CHRISTINE HANSON                                        PLAINTIFF

v                          Case No. 10-3022

BAXTER COUNTY, ARKANSAS, ET AL.                              DEFENDANTS


## SCHEDULING ORDER

Within thirty (30) days of the scheduled hearing, the parties are directed to file the following:

**1. An information sheet setting forth the following information for each witness you desire to call:**

- A. Name
- B. Address
- C. Identification (for example, mother of plaintiff)
- D. Prisoner Number (if witness is a prisoner and number is known) and,
- E. Very brief description of expected testimony and length of time of expected testimony.

**2. Copies of any exhibits you desire to enter into evidence at the hearing.**

Each party is directed to serve a copy of the information sheet upon the other party. The parties are **not** required to serve copies of proposed exhibits.

Motions to amend pleadings or to join other parties must be filed no later than thirty (30) days prior to trial. **Motions not timely filed may be denied solely for that reason**.

If this case should be continued, this scheduling order shall remain in effect unless otherwise directed by the court in its order of continuance.

IT IS SO ORDERED this 11th day of October 2012.


*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE