IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                                                                  PLAINTIFF

    v.                       Civil No. 10-3022

BAXTER COUNTY, ARKANSAS;
SHERIFF JOHN MONTGOMERY;
CHIEF DEPUTY JEFF LEWIS;
LIEUTENANT RANDALL WEAVER;
SARGENT EDWARD ELLIOTT;
CORPORAL LINDA HENRYK;
DR. JOSEPH TULLIS; DEPUTY WILTON
"CHIP" NORRIS; JAILER HELEN FENWICK;
JAILER TONY BECK; JAILER WILLIAM
ALTRAZAN; JAILER HEATHER EASTER;
JAILER GARNETT McMAHON; JAILER
SHERRY LEWIS; JAILER PATRICK GAULT;
JAILER JAMES TUDOR; JAILER SONYA OLNAY;
and JAILER TONY BECK                                                                    DEFENDANTS

**ORDER**

Pending before me are two motions filed by the Plaintiff. In the first motion (Doc. 101), she seeks an extension of time until February 3rd to designate her expert witnesses. The motion (Doc. 101) is granted.

In the second motion (Doc. 102), she asks the Court to reconsider the order (Doc. 85) determining which witnesses the Court would issue subpoenas or writs for. The order directed the production of fifteen individuals either through Defendants production of the witnesses, the issuance of subpoenas, or writs.

In her motion to reconsider, Plaintiff asserts that the Court failed to discuss the following witnesses: Lucy Mothershead; John Magee; Kay House; Samuel Noakes; Billie Russell; Garnett McMahon; Helen Fenwick; Tony Beck; and William Altazan. Plaintiff is correct. However, the pretrial information sheet she filed with the Court (Doc. 81) does not contain any mention of these individuals. Upon closer inspection, the original document she sent to be scanned into

-1-

CM/ECF does not have a page four or a page nine. Presumably these pages contain the information regarding the individuals named above.

Of these witnesses, Helen Fenwick, Tony Beck, Garnett McMahon, and William Altazan are named Defendants. It is therefore not necessary for the Court to issue subpoenas for these individuals. **All Defendants are expected to be at the evidentiary hearing.**

The Court declines to issue subpoenas for Lucy Mothershead, John Magee, and Kay House. Plaintiff indicates these individuals are the members and chairperson of the Arkansas Criminal Detention Facilities Review Committee. The Committee inspects jails and issues reports. The report details the jail's compliance with Arkansas Jail Standards. The reports, together with the testimony of the Sheriff and the County Judge, will provide the information Plaintiff seeks to elicit.

The Court declines to issue a subpoena for Billie Russell. Plaintiff seeks to elicit from him testimony that would, in large part, be duplicative of that elicited from Samuel Noakes. A writ will be issued for Mr. Noakes.

Next, Plaintiff asks the Court to reconsider and issue writs or subpoenas for those individuals the Court had previously declined to issue process for. She states she complied with the Court's instructions and provided a very brief description of the expected testimony of each individual. She asserts that she "very prudently and consciously considered and evaluated each selected witness for their potential to provide material testimony related to triable issues." She indicates she did not put a witness on the list unless the witness had distinct knowledge possessed solely by that individual. Further, she states each listed witness could provide testimony related to their own personal exposure to the Plaintiff at various times during her incarceration. Collectively, she states the witnesses' testimony would fully support a pattern of behavior by the Defendants of the violation of Plaintiff's civil rights.

Given this, Plaintiff asks the Court to reconsider the following witnesses: Jailer Gault; Attorney John Russo; Jason Marshall; Tim Lively; Lisa Pederson; Michael Tolliver; Ed Toscano; and Steve Litty.

Upon review of Plaintiff's new summary of the testimony of these witnesses, the Court will issue writs or subpoenas for the following: (1) Jason Marshal, #651063, Arkansas Department of Correction, Randall L. Williams Correctional Facility, 7206 W. 7th Ave, Pine Bluff, AR 71603; (2) Samuel Noakes, #140063, Arkansas Department of Correction, North Central Unit, HC 62 Box 300, Calico Rock, AR 72519; and (3) Lisa Pederson, 223 Town Park Drive, Mountain Home, AR 72653-6567, phone number 870-425-2766.

The Court declines to issues writs or subpoenas for: Patrick Gault; John Russo; Tim Lively; Michael Tolliver; Ed Toscano; and Steve Litty.

For the reasons stated, the motion to reconsider (Doc. 102) is granted in part and denied in part.

IT IS SO ORDERED this 1st day of February 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A (Rev. 8/82)