IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                               PLAINTIFF

       v.               Civil No. 10-3022

BAXTER COUNTY, ARKANSAS;
SHERIFF JOHN MONTGOMERY;
CHIEF DEPUTY JEFF LEWIS;
LIEUTENANT RANDALL WEAVER;
SARGENT EDWARD ELLIOTT;
CORPORAL LINDA HENRYK;
DR. JOSEPH TULLIS; DEPUTY WILTON
"CHIP" NORRIS; JAILER HELEN FENWICK;
JAILER TONY BECK; JAILER WILLIAM
ALTRAZAN; JAILER HEATHER EASTER;
JAILER GARNETT McMAHON; JAILER
SHERRY LEWIS; JAILER PATRICK GAULT;
JAILER JAMES TUDOR; JAILER SONYA OLNAY;
and JAILER TONY BECK                                               DEFENDANTS

**ORDER**

      Plaintiff filed a motion to compel discovery (Doc. 109) on February 2, 2012. Defendants are directed to respond to the motion by **no later than February 13th**.

      On February 6, 2012, Dr. Tullis filed a motion (Doc. 114) stating his counsel had been notified that Plaintiff had rescinded her medical authorization for release of her records from Dr. Kaplan. Plaintiff is directed to respond to this motion by **no later than February 15th.**

      IT IS SO ORDERED this 7th day of February 2012.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)