IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                                                                 PLAINTIFF

        v.                                  Civil No. 10-3022

BAXTER COUNTY, ARKANSAS;
SHERIFF JOHN MONTGOMERY;
CHIEF DEPUTY JEFF LEWIS;
LIEUTENANT RANDALL WEAVER;
SARGENT EDWARD ELLIOTT;
CORPORAL LINDA HENRYK;
DR. JOSEPH TULLIS; DEPUTY WILTON
"CHIP" NORRIS; JAILER HELEN FENWICK;
JAILER TONY BECK; JAILER WILLIAM
ALTRAZAN; JAILER HEATHER EASTER;
JAILER GARNETT McMAHON; JAILER
SHERRY LEWIS; JAILER PATRICK GAULT;
JAILER JAMES TUDOR; JAILER SONYA OLNAY;
and JAILER TONY BECK                                                                   DEFENDANTS

## **ORDER**

      Pending before the Court is Plaintiff's motion to compel (Doc. 109). Defendants have responded to the motion (Doc. 126). The Court has been provided with numerous copies of the Plaintiff's discovery requests. However, neither party has provided the Court with a copy of the Defendants' responses. Without access to Defendants' responses, the Court cannot determine if Defendants responses are deficient as maintained by the Plaintiff. Defendants are directed to provide the Court with a copy of their discovery responses by **February 21, 2012.**

      IT IS SO ORDERED this 14th day of February 2012.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)