IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                                                                                    PLAINTIFF

    v.    Civil No. 10-3022

BAXTER COUNTY, ARKANSAS;
SHERIFF JOHN MONTGOMERY;
CHIEF DEPUTY JEFF LEWIS;
LIEUTENANT RANDALL WEAVER;
SARGENT EDWARD ELLIOTT;
CORPORAL LINDA HENRYK;
DR. JOSEPH TULLIS; DEPUTY WILTON
"CHIP" NORRIS; JAILER HELEN FENWICK;
JAILER TONY BECK; JAILER WILLIAM
ALTRAZAN; JAILER HEATHER EASTER;
JAILER GARNETT McMAHON; JAILER
SHERRY LEWIS; JAILER PATRICK GAULT;
JAILER JAMES TUDOR; JAILER SONYA OLNAY;
and JAILER TONY BECK                                                                                      DEFENDANTS

## ORDER

Currently pending before me for decision are the following motions: (1) a motion requesting permission to interview an inmate witness filed by the Plaintiff (Doc. 131); (2) a motion for an emergency protective order covering certain aspects of Plaintiff's medical records (Doc. 134); (3) a motion to continue filed by Defendants (Doc. 140); and (4) a motion for enlargement of time filed by Plaintiff (Doc. 141). Each motion will be addressed in turn.

**Motion for an Interview with an Inmate Witness** (Doc. 131)

This motion (Doc. 131) is denied as moot. At the hearing held on January 21st and 22nd, Plaintiff was provided an opportunity to speak to the inmate witnesses prior to their taking the witnesses stand to give testimony.

**Motion for a Protective Order** (Doc. 134)

Plaintiff requests a protective order to cover certain documents she maintains are not germane to the case. These documents are: new patient information and billing documents; and any documents containing personal identifying information of the Plaintiff's husband.

Prior to filing any documents with the Court, Defendants have indicated they will redact any personal identifying information of the Plaintiff and her husband in accordance with the E-Government Act. The Act requires the following personal identifiers to be redacted from all pleadings filed with the court, including exhibits, unless otherwise ordered by the Court: social security numbers to the last four digits if the number must be included; names of minor children to the initials; dates of birth to the year; and financial account numbers to the last four digits if they must be used.

While some documents were inadvertently filed with personal identifying information contained in them, those documents have been removed from the public record and redacted documents substituted. The motion (Doc. 134) is denied as moot.

**Motion to Continue** (Doc. 140)

A supplemental hearing has been scheduled for May 9, 2012. Defendants' counsel indicates he has had an out of the country family vacation planned for the week of May 7 to May 11. Given the voluminous file, Defendants' counsel states it would be difficult for another attorney to step in and handle the supplemental hearing.

The motion (Doc. 140) is granted. The hearing will be rescheduled by separate notice.

**Motion for an Extension of Time** (Doc. 141)

Plaintiff requests that she be given additional time within which she can view the eighty compact disks containing Baxter County Detention Center video surveillance. The motion (Doc. 141) is granted. Plaintiff is given until April 30, 2012, to review the discs.

IT IS SO ORDERED this 12th day of March 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE