IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                                                      PLAINTIFF

       v.                         Civil Case No. 10-3022

BAXTER COUNTY, ARKANSAS,
ET AL.                                                                                       DEFENDANTS

## AMENDED SCHEDULING ORDER

**IT IS HEREBY ORDERED:**

**1.      TRIAL DATE**

This case is rescheduled for **JURY TRIAL** in **HARRISON, ARKANSAS**, on **May 12, 2014, beginning at 9:00 a.m.**  Counsel and any parties appearing *pro se* are directed to report to **the second-floor Courtroom (Room 231)** at **9:00 a.m.** on the date of trial unless otherwise notified.

**2.      MOTIONS IN LIMINE**

Motions in limine must be filed **no later than 28 days before trial**, with **responses filed no later than 14 days thereafter**.

**3.      PRETRIAL DISCLOSURE SHEET [FED. R. CIV. P. 26(a)(3)]**

Pre-trial disclosure sheets must be filed **no later than 21 days before trial** and should follow the attached outline, found in Local Rule 26.2.

**4.      WITNESSES AND EXHIBITS**

Plaintiff must, in addition to listing her witnesses, indicate which witnesses need to be brought into court by subpoena or writ of habeas corpus, and give a brief summary of the testimony to be elicited from each witness.  The Court will evaluate this information in determining whether to issue subpoenas or writs.

Parties are expected to exchange exhibits prior to trial and are to ensure that all other parties have copies of those exhibits.

Witnesses and exhibits not timely disclosed may not be used at trial except in extraordinary circumstances.

**5.      PLAINTIFF LOCATION**

Plaintiff must indicate whether she is currently incarcerated, and if so, provide her current location so that a writ of habeas corpus may be issued to bring her to trial.

**6.     JURY INSTRUCTIONS**

In jury trials, proposed jury instructions must be exchanged by the parties and submitted to the Court at *pkhinfo@arwd.uscourts.gov* or by mail to Chief Judge P. K. Holmes, III, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 317, Fort Smith, Arkansas 72901, **no later than 14 days before trial**. Each instruction should be accompanied by a citation to supporting authority. "Boilerplate" instructions do not need to be submitted.

**7.     COMMUNICATION WITH COURT ON SETTLEMENT**

In the event of settlement, the Court should be advised immediately by telephoning Jane Ann Short, Courtroom Deputy, at 479-783-1466.

The case will not be removed from the trial docket until an order of dismissal has been entered.

DATED:   February 25, 2014

                                        AT THE DIRECTION OF THE COURT
                                        CHRISTOPHER R. JOHNSON, CLERK

                                        By: */s/ Jane Ann Short*
                                              Courtroom Deputy

## OUTLINE FOR PRETRIAL DISCLOSURE SHEET
## PRO SE § 1983 CASES

The Pretrial Disclosure Sheet for this case must contain:

1. The name of the party submitting the information.

2. The name, address, and telephone number any attorney representing the party, or the name, address, and telephone number of any pro se litigant.

3. An incarcerated litigant should indicate the need to be brought into court for trial by means of a writ of habeas corpus.

4. A brief summary of the facts, the claims and the relief sought.

5. Prospects for settlement.

6. A list of pending motions.

7. All proposed stipulations of fact.

8. The issues of fact expected to be contested.

9. The issues of law expected to be contested.

10. A list and brief description of exhibits, designating which exhibits a party *expects* to offer during any portion of the trial and which exhibits a party *may* offer.

11. The names, addresses, and telephone numbers of witnesses for the party. Pro se litigants must, in addition to listing their witnesses, indicate which witnesses need to be brought into court by subpoena or writ of habeas corpus, and give a brief summary of the testimony expected to be elicited from each such witness. The Court will use this information in determining whether to issue subpoenas or writs.

12. Whether any discovery issues remain outstanding.

13. An estimate of the length of trial.

14. The signature of the person submitting the Pretrial Disclosures.

15. Proof of service.