IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                                              PLAINTIFF

VS.                                          NO. 10-3022

BAXTER COUNTY, ARKANSAS;
SHERIFF JOHN MONTGOMERY;
CHIEF DEPUTY JEFF LEWIS; LT.
RANDALL WEAVER; SGT. EDWARD
ELLIOTT; CPL. LINDA HENRYK;
DR. JOSEPH TULLIS; DEPUTY WILTON
"CHIP" NORRIS; JAILER HELEN FENWICK;
JAILER TONY BURCH; JAILER WILLIAM
ALTAZAN, JAILER HEATHER EASTER;
JAILER GARNETT McMAHON; JAILER
SHERRY LEWIS; JAILER PATRICK GAULT;
JAILER JAMES TUDOR; JAILER SONYA
OLNAY; et al.                                                        DEFENDANTS

## MOTION TO WITHDRAW

Comes now the undersigned and for his Motion to Withdraw states as follows:

1. The undersigned has transferred to another practice area within the firm and is no longer assigned to this case.

2. An appearance has been filed on behalf of the Baxter County Defendants by Jason Owens and Geoff Thompson.

3. An appearance has been filed for Dr. Tullis by Jason Campbell.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw as counsel the Baxter County defendants be granted.

        Respectfully submitted,

        BAXTER COUNTY, ARKANSAS, et al. *Defendants*

        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        6315 Ranch Drive
        Little Rock, Arkansas  72222-7250
        Telephone (501) 868-2500
        Telefax (501) 868-2505
        email: beard@rainfirm.com

By:    /s/Robert L. Beard, Jr.
        Michael Rainwater, #79234
        Robert L. Beard, Jr., #2002109

## CERTIFICATE OF SERVICE

    I hereby certify that on April 2, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Tammy Christine Hanson, *Pro Se*
P.O. Box 3
Gamaliel, AR 72537

    I hereby certify that on April 2, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which shall send notification to the CM/ECF participants:

Mr. Jason J. Campbell
Anderson, Murphy, & Hopkins, LLP
400 West Capitol Ave., Suite 2470
Little Rock, AR 72201
campbell@amhfirm.net

        /s/ Robert L. Beard, Jr.
        Robert L. Beard, Jr.
        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        6315 Ranch Drive
        Little Rock, Arkansas  72222-7250
        Telephone (501) 868-2500
        Telefax (501) 868-2505
        email: beard@rainfirm.com