IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY CHRISTINE HANSON                                                              PLAINTIFF

v.                                      Case No. 3:10-CV-03022

BAXTER COUNTY ARKANSAS; JOHN MONTGOMERY,
Individually and as Sheriff of Baxter County, Arkansas;
RANDALL WEAVER, Individually and as Lieutenant and
Jail Administrator of Baxter County Detention Center; TONY
BECK; and WILLIAM ALTRAZAN                                                          DEFENDANTS

## JUDGMENT

On May 13, 2014, this matter came on for trial to a duly selected jury consisting of eleven members, the undersigned presiding. At the completion of the four-day trial, the case was submitted to the jury on interrogatories and a unanimous verdict (Doc. 264) was reached as to each interrogatory as follows:

**INTERROGATORY 1**:  Do you find, by a preponderance of the evidence as to each Defendant, that the Defendant denied adequate medical care to Ms. Hanson as instructed in Final Instruction 5?

    John Montgomery        ___No___
                                           Yes or No

    Randall Weaver          ___No___
                                           Yes or No

    Tony Beck                ___No___
                                           Yes or No

    William Altrazan         ___No___
                                           Yes or No

**INTERROGATORY 2:**  Do you find, by a preponderance of the evidence that Baxter County was deliberately indifferent to Ms. Hanson's serious medical needs or subjected Ms. Hanson to unconstitutional conditions of confinement as instructed in Final Instruction 8?

       _____No_____
           Yes or No

**INTERROGATORY 3**:  Do you find, by a preponderance of the evidence as to each Defendant, that the Defendant failed to adequately supervise or train his subordinates as instructed in Final Instructions 10 and 11?

    John Montgomery      ___No___
                               Yes or No

    Randall Weaver        ___No___
                               Yes or No

    Baxter County         ___No___
                               Yes or No

**INTERROGATORY 4:**  Do you find, by a preponderance of the evidence that Baxter County caused a violation of Ms. Hanson's right to privacy as instructed in Final Instruction 12?

       _____No_____
           Yes or No

Based upon the jury's answer to the above interrogatories, the jury was not required to complete any remaining interrogatories. The verdict form was signed and dated by the jury foreperson as to each Defendant on each interrogatory. In accordance with the above verdict, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff takes nothing on her Complaint and the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 19th day of May, 2014.

                                                */s/P. K. Holmes,* III
                                                P.K. HOLMES, III
                                                CHIEF U.S. DISTRICT JUDGE